**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------x
USA

      V.

Gregory Timewell

-----------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
DEC - 9 2008
LONG ISLAND OFFICE

EDNY: CR95-392
USCA: 07-4587
RELATED CASE#:
JUDGE: Platt

# FIRST SUPPLEMENTAL RECORD

Index Prepared By:    MARY ANN MCGEE

Address:    EASTERN DISTRICT OF NEW YORK

Telephone No.:    (718) 613-2310

    The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.

10/17/08



(244)

| | | |
|---|---|---|
| **Naomi E. Hancock** | represented by | **Taz F. Evans** <br> (See above for address) <br> *TERMINATED: 06/22/2004* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Larry Von Hancock** | represented by | **Taz F. Evans** <br> (See above for address) <br> *TERMINATED: 06/22/2004* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Norman Hancock** | represented by | **Taz F. Evans** <br> (See above for address) <br> *TERMINATED: 06/22/2004* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Burton T. Ryan , Jr.** <br> United States Attorney's Office <br> 610 Federal Plaza <br> Central Islip , NY 11722 <br> 631-715-7843 <br> Fax: 631-715-7922 <br> Email: burton.ryan@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2008 | 243 | PRESENTENCE INVESTIGATION REPORT (SEALED) as to Gregory Paul Timewell. (McGee, Mary Ann) (Entered: 10/17/2008) |